FRANK P. ADAMS, *Respondent, v.* A. CLARK SQUIER, *Appellant, Impleaded, etc.* — Judgment vacated and demurrer stricken out, without costs to either party. Opinion *Per Curiam.*

ANN K. PHILLIPS, *Appellant, v.* NATHANIEL JARVIS, JR., *as Committee, etc., Respondent.* — Order affirmed, with ten dollars costs and disbursements.

FRANK O'DONNELL, *Appellant, v.* LOUIS LEUBÜSCHER, *Respondent, Impleaded, etc.* — Appeal dismissed, with costs. Opinion by DANIELS, J.

JULIA RAHL, *Respondent, v.* THOMAS RAHL, *Appellant.* — Order affirmed, without costs. Opinion by BRADY, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN W. CLARK, *Respondent, v.* THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF NEW YORK, *Appellant.* — Order reversed and motion denied, with ten dollars costs and disbursements.

IN THE MATTER OF THE METROPOLITAN RAILWAY COMPANY. — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

MECHANICS AND TRADERS' NATIONAL BANK (*Judgment Creditor*), *Respondent, v.* HUGH R. HEALY (*Judgment Debtor*), *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

ELIZA BLOOM, *Respondent, v.* DAVID S. PAIGE, *as Executor, etc., Appellant.* — Order modified by striking out the additional allowance and the costs of opposing the motion, and as modified affirmed, without costs.

LOUIS E. MILLER *v.* BENJAMIN WRIGHT. — Motion denied, with ten dollars costs.

JAMES C. JEWETT and others, *Appellants, v.* WILLIAM C. PICKERSGILL *Respondent.* — Motion for reargument denied, with ten dollars costs. Opinion by DANIELS, J.

ALEXANDER W. HARRIS, *Appellant, v.* JACOB VAN WAGENER, *Respondent.* — Order reversed; order entered as directed in opinion, without costs. Opinion by BRADY, J.

THE MANHATTAN SAVINGS INSTITUTION, *Respondent, v.* KATHERINE W. NORTON and others, HENRY ALLEN, *Purchaser, Appellant.* — Order affirmed, without costs. Opinion by BRADY, J.

THOMAS SIMPSON, JR., *Appellant, v.* EUPHEMIA P. DEL HOYO and others, *Respondents.* — Judgment affirmed. Opinion by BRADY, J.